KOMAN CORPORATION, Respondent, v. EMPIRE STATE MOTION PICTURE OPERATORS UNION, INC., Appellant.— Order granting plaintiff's motion for an injunction *pendente lite* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The motion

papers do not show that defendant is engaged in any unlawful picketing or that it has threatened to do so. Lazansky, P. J., Scudder, Tompkins and Davis, JJ., concur; Kapper, J., concurs in result.